1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  CONOCOPHILLIPS COMPANY,

No. C 08-2695 JL

12
13          Plaintiff(s),

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
    v.
                                    **AND**
14  MILESTONE PACIFIC PROPERTIES, et al.,    **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

15
          Defendant(s).
16  _____/

17
            REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
18
     The undersigned party hereby declines to consent to the assignment of this case to a United
19
    States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to
20
    a United States District Judge.
21

22
    Dated:  June 11, 2008           Signature  [signature]
23
                                    Counsel for  Plaintiff
24                                  (Plaintiff, Defendant, or indicate "pro se")

25
26
27
28