IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ConocoPhillips Company | NO. CV 08-02695 SBA |
| Plaintiff,<br>v. | **CLERK'S NOTICE RE DEFICIENCY** |
| Milestone Pacific Properties LLC | |
| Defendant, / | |

Please be advised that on **08/29/08,** the incorrect docket event was used by counsel **Case Management Statement; Request for Continuance [7].**

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 08/29/2008

                                                              Jessie Mosley
510-637-3536
Case Systems Administrator