GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
afriedenberg@glynnfinley.com

Attorneys for Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CONOCOPHILLIPS COMPANY, a Delaware corporation,

Plaintiff,

vs.

MILESTONE PACIFIC PROPERTIES, LLC, a California Limited Liability Company, BPG PACIFIC, LLC, a California Limited Liability Company, COPELAND CREEK APARTMENTS, LLC, a California Limited Liability Company, SAEED GHAFOORI a/k/a PAUL GHAFOORI, an individual, and JAGDEEP SIDHU a/k/a BOB SIDHU, an individual, FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation,

Defendants.

Case No. CV 08-02695 SBA

**PLAINTIFF CONOCOPHILLIPS COMPANY'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT DEADLINES**

Judge: Hon. Saundra B. Armstrong
Trial Date: TBA

As the parties are engaged in discussions regarding a consensual resolution of this matter, Plaintiff ConocoPhillips Company ("ConocoPhillips") has not yet formally served Defendants with process. Pursuant to the Court's May 28, 2008 Order, however, the parties' last day to file Rule 26(f) Report, complete initial disclosures and file a Case Management Statement was August 27, 2008. Given that no defendant has been served or has appeared, and in light of the parties' ongoing efforts to resolve the matter, ConocoPhillips requests that the Court continue

these deadlines by 60 days. In the event the parties are unable to reach a consensual resolution by September 5, 2008, ConocoPhillips will formally serve all defendants.

Dated: August 27, 2008

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
ADAM FRIEDENBERG
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By ______________________
Attorneys for Plaintiff
ConocoPhillips Company