GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
ADAM FRIEDENBERG, Bar No. 205778
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
       afriedenberg@glynnfinley.com

Attorneys for Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MILESTONE PACIFIC PROPERTIES, LLC, a California Limited Liability Company, BPG PACIFIC, LLC, a California Limited Liability Company, COPELAND CREEK APARTMENTS, LLC, a California Limited Liability Company, SAEED GHAFOORI a/k/a PAUL GHAFOORI, an individual, and JAGDEEP SIDHU a/k/a BOB SIDHU, an individual, FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation,<br><br>    Defendants. | Case No. CV 08-02695 SBA<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT DEADLINES**<br><br>Judge: Hon. Saundra B. Armstrong<br>Trial Date: TBA |

For good cause shown, the Court hereby ORDERS as follows:

1. All case scheduling deadlines set forth in the Court's May 28, 2008 Order Setting Initial Case Management Conference and ADR Deadlines are hereby VACATED;

2. The parties' last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan shall be November 7, 2008;

3. The parties' last day to file Joint ADR Certification with Stipulation to ADR

1  Process or Notice of Need for ADR Phone Conference shall be November 7, 2008;

2    4.    The parties' last day to file a Rule 26(f) Report, complete initial disclosures or

3  state objection in Rule 26(f) Report and file a joint Case Management Statement shall be

4  November 24, 2008;

5    5.    The Case Management Conference currently scheduled for October 1, 2008, will

6  take place as scheduled.

7    IT IS SO ORDERED.

8

9  Dated: September ___, 2008        By_____
10                                              Hon. Saundra Brown Armstrong
                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE DEADLINES