**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CONOCOPHILLIPS CO. a Delaware corporation, | No. C 08-02695 SBA |
| Plaintiff, | **ORDER** <br> **[Docket Nos. 9, 11]** |
| v. | |
| MILESTONE PACIFIC PROPERTIES, et al, | |
| Defendants. | |

The Court having before it Plaintiff's Motion to Continue Deadline for Service of Process [Docket No. 11] and Motion to Continue Case Management Deadlines [Docket No. 9], for good cause shown, HEREBY ORDERS:

(1) Plaintiff's motion to continue deadline for service of process GRANTED and the deadline to serve Defendant Jagdeep Sidhu is extended 30 days, up to and including, October 25, 2008; and

(2) the Case Management Conference currently scheduled for October 1, 2008 at 2:45 p.m., CONTINUED to December 4, 2008, at 3:30 p.m.

The Court FURTHER ORDERS that the parties' last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan shall be November 7, 2008; and the parties' last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be November 7, 2008. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated

1  date and time.

2  IT IS SO ORDERED.

4  September 30, 2008

_____
Saundra Brown Armstrong
United States District Judge

2