1

2                           UNITED STATES DISTRICT COURT

3                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                   OAKLAND DIVISION

5

6    CONOCOPHILLIPS COMPANY,                    **Case No.:  C 08-02695 SBA**

7                    Plaintiff,                 **ORDER**

8              vs.

9    MILESTONE PACIFIC PROPERTIES, LLC et
     al.,
10
                   Defendants.
11

12

13          On October 5, 2009 this Court was notified of a settlement agreement between the parties.

14   [Docket No. 40]. On October 13, 2009 this Court issued a conditional dismissal allowing either

15   party to move to reopen the case within 90 days in the event that a settlement was not reached.

16   [Docket No. 41]. Also, on October 13, 2009, Plaintiff filed a "Motion to Enforce Settlement

17   Agreement and for Judgment," which is scheduled to be heard on December 15, 2009. [Docket No.

18   42].  On October 14, 2009 Plaintiff filed a timely "Motion to: 1) Reopen Case; and 2) Shorten

19   Time for Hearing and to Alter the Briefing Schedule on its Motion to Enforce Settlement." [Docket

20   No. 46].

21          Good cause appearing,

22              IT IS HEREBY ORDERED THAT:

23                  1.   Plaintiff's request to reopen is GRANTED;

24                  2.   Plaintiff's motion to enforce the settlement agreement is REFERRED to the Chief

25                       Magistrate Judge or her designee for resolution within 45 days of this order;

26                  3.   The motion to shorten time is DENIED without prejudice to renew before the

27                       assigned Magistrate Judge; and

28

4.  A Case Management Conference is scheduled for December 3, 2009, at 3:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges of The Northern District of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 10/26/09

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge