UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILESTONE PACIFIC PROPERTIES, LLC et al.,<br><br>Defendants. | Case No.:  C 08-02695 SBA<br><br>ORDER |

On October 5, 2009, this Court was notified of a settlement agreement between the parties. (Docket No. 40.) On October 13, 2009 this Court issued a conditional dismissal allowing either party to move to reopen the case within 90 days in the event that a settlement was not reached. (Docket No. 41.) Also, on October 13, 2009, Plaintiff filed a Motion to Enforce Settlement Agreement and for Judgment. (Docket No. 42.) On November 4, 2009, Plaintiff filed a Notice of Withdrawal of Motion to Enforce Settlement. (Docket No. 50.) Plaintiff asks the Court to reinstate the prior Order of Dismissal and to vacate the Case Management Conference currently scheduled for December 3, 2009.

Good cause appearing, this case is ordered DISMISSED.

IT IS HEREBY ORDERED THAT the Clerk shall close this file and terminate any and all pending or open docketed matters.

IT IS SO ORDERED.

Dated: 11/16/09

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge